# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| WRR ENVIRONMENTAL SERVICES, INC., <br><br> Plaintiff, <br><br> v. <br><br> ADMIRAL INSURANCE COMPANY, <br><br> Defendant. | Case No. 10-C-843 |

## NOTICE OF MOTION AND MOTION FOR PARTIAL SUMMARY JUDGMENT ON THE ISSUE WHETHER THE ALLEGED "ABSOLUTE POLUTION EXCLUSION" BARS WRR ENVIRONMENTAL SERVICES, INC.'S INSURANCE CLAIM

To: Stephen R Niemeyer
200 N LaSalle St - Ste 2700
Chicago, IL 60601
Phone: (312) 377-1501
Fax: (312) 377-1502
Email: sniemeyer@brycedowney.

PLEASE TAKE NOTICE that Plaintiff WRR Environmental Services, Inc ("WRR"), by its undersigned counsel, hereby move for partial summary judgment against Defendant Admiral Insurance Company ("Admiral"), seeking a determination that as a matter of law that the "Absolute Pollution Exclusion" allegedly contained in Endorsement 5 to the insurance policy at issue does not bar WRR's claims.

In support of their motion, WRR submits the accompanying Brief in Support of WRR's Motion for Partial Summary Judgment On the Issue Whether the Alleged "Absolute Polution Exclusion" Bars WRR Environmental Services, Inc.'s Insurance Claim, Proposed Findings of Fact, Declaration of Thomas A. Janczewski, and all of the pleadings on file with the Court.

WHEREFORE, WRR respectfully asks the Court for the following relief:

1. An Order in WRR's favor declaring that the alleged "Absolute Polution Exclusion" does not bar WRR Environmental Services, Inc.'s insurance claim;

2. All other relief the Court deems reasonable and just.

Dated: December 1, 2011        **MICHAEL BEST & FRIEDRICH LLP**

By: s/ Thomas A. Janczewski
   Raymond R. Krueger (SBN 1000642)
   Thomas A. Janczewski (SBN 1066346)
   Michelle M. Wagner (SBN 1076065)
   100 East Wisconsin Avenue, Suite 3300
   Milwaukee, WI 53202-4108
   Phone: (414) 271-6560
   Fax: (414) 277-0656
   E-mail: rrkrueger@michaelbest.com
            tajanczewski@michaelbest.com

*Attorneys for Plaintiff WRR Environmental Services, Inc.*

094296-0012\10557886.1