# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**ADMIRAL INSURANCE COMPANY,**

    Plaintiff,

    -vs-                        Case No. 10-C-843

**WRR ENVIRONMENTAL SERVICES,**

    Defendant.

# DECISION AND ORDER

This matter is before the Court on Defendant Admiral Insurance Company's ("Admiral") Civil Local Rule 7(h) (E.D. Wis.) expedited non-dispositive motion to modify the Court's July 28, 2013, Scheduling Order. The Plaintiff, WRR Environmental Services, opposes the motion. However, Admiral has established "good cause" for modification of the scheduling order and the July 28, 2013, text only scheduling order is amended as requested.

**NOW, THEREFORE, BASED ON THE FOREGOING, IT IS HEREBY ORDERED THAT:**

Admiral's expedited non-dispositive motion (ECF No. 50) is **GRANTED**; and

The following schedule will govern further proceedings in this action:

1. All fact discovery on the remaining issues relating to damages, bad faith, breach of good faith and fair dealing must be served in sufficient time to

be completed no later than September 27, 2013;

    2. Any dispositive motions must be filed on or before October 31, 2013; and

    3. If necessary, the final pretrial conference and trial will be scheduled after a decision on any dispositive motions.

Dated at Milwaukee, Wisconsin, this 9th day of September, 2013.

                        BY THE COURT:

                        _____
                        **HON. RUDOLPH T. RANDA**
                        **U.S. District Judge**