| Date Range From: | 1/1/1974 | | Date Range Thru: | 1/11/2013 | | View Report |
|---|---|---|---|---|---|---|
| Sort by | Time Processed | | Report Type | Detail | | |
| Enter Either Policy ... | | | or Enter Claim (7 or 11 digits) | C043087X | | |

◁◁ ◁ 1 of 1 ▷ ▷▷   100%                    Find | Next



## Claim Payment History
### Payment Detail from 1/1/1974 Thru 1/11/2013

Report ID: RS00040

| Claim Number | Time Processed | Paid Loss | Paid LAE | Check Number | Check Date | Check Vendor | Vendor Name |
|---|---|---|---|---|---|---|---|
| **Policy: A83EG00772-01 WASTE RESEAR** | | | | | | | **Term: 5/1/198:** |
| C043087X001 | 19990218 | 0.00 | 3,565.00 | 00012145 | 2/12/1999 | BORG0015 | BORGELT, POWELL, PETERSON |
| **C043087X001 Total** | | 0.00 | 3,565.00 | | | | |
| **A83EG00772-01 Total** | | 0.00 | 3,565.00 | | | | |
| **Grand Totals** | | 0.00 | 3,565.00 | | | | |

FOR INTERNAL USE ONLY                                                     Page 1 of 1

| Date Range From: | 1/1/1974 | | Date Range Thru: | 1/11/2013 | | | View Report |
| Sort by | Movement Type | | Report Type | Detail | | | |
| Enter Either Policy ... | | | or Enter Claim (7 or 11 digits) | c043087A | | | |

◁◁ ◁ 1 of 2 ▷ ▷▷    100%    Find | Next



## Claim Payment History
### Payment Detail from 1/1/1974 Thru 1/11/2013

Report ID: RS00040

| Claim Number | Time Processed | Paid Loss | Paid LAE | Check Number | Check Date | Check Vendor | Vendor Name |
|---|---|---|---|---|---|---|---|
| **Policy: A83EG00772-01 WASTE RESEAR** | | | | | | | **Term: 5/1/198:** |
| C043087A001 | 19990512 | 0.00 | 825.00 | 00015653 | 5/12/1999 | RING0041 | RINGLER ASSOCIAT |
| | **ADJ Total** | **0.00** | **825.00** | | | | |
| | 19980512 | 0.00 | 2,886.94 | 01077492 | 5/11/1998 | ICEM0003 | |
| | 19980804 | 0.00 | 1,213.60 | 01080457 | 7/27/1998 | BORG0015 | BORGELT, POWELL, |
| | 19980817 | 0.00 | 138.25 | 01081179 | 8/14/1998 | ICEM0003 | |
| | 19980910 | 0.00 | 195.30 | 01082099 | 9/9/1998 | ICEM0003 | |
| | 19980914 | 0.00 | 95.30 | 01082280 | 9/11/1998 | ICEM0003 | |
| | 19980922 | 0.00 | (195.30) | | | UNKNOWN | Unknown Name |
| | 19990105 | 0.00 | 8,063.24 | 04085858 | 12/30/1998 | WRRE0002 | |
| | 19990105 | 0.00 | 6,859.88 | 04085858 | 12/30/1998 | WRRE0002 | |
| | 19990504 | 0.00 | 7,360.72 | 00014921 | 4/26/1999 | BORG0015 | BORGELT, POWELL, |
| | 19990510 | 0.00 | 14,194.62 | 00120593 | 5/7/1999 | MICH0209 | |
| | 19990806 | 0.00 | 353.27 | 00018684 | 7/28/1999 | BORG0015 | BORGELT, POWELL, |
| | 19990806 | 0.00 | 829.50 | 00018684 | 7/28/1999 | BORG0015 | BORGELT, POWELL, |
| | **FEE Total** | **0.00** | **41995.32** | | | | |
| | 19990504 | 125,860.00 | 0.00 | 00120534 | 4/28/1999 | WAST0014 | WASTE RESEARCH |
| | **IND Total** | **125860.00** | **0.00** | | | | |
| **C043087A001 Total** | | 125,860.00 | 42,820.32 | | | | |
| **A83EG00772-01 Total** | | 125,860.00 | 42,820.32 | | | | |
| **Grand Totals** | | 125,860.00 | 42,820.32 | | | | |

FOR INTERNAL USE ONLY                    Page 1 of 2

Case 2:10-cv-00843-RTR   Filed 10/31/13   Page 2 of 2   Document 58-3
ADM000079
http://admchdbsql06/AdmReportServerP01/Pages/ReportViewer.aspx?%2fClaims%2fClai...   1/11/2013