Michael Best & Friedrich LLP
Attorneys at Law

100 East Wisconsin Avenue
Suite 3300
Milwaukee, WI  53202-4108
Phone  414.271.6560
Fax  414.277.0656

**Patricia L. Jenness**
Direct  414.223.2518
Email  pljenness@michaelbest.com

July 23, 2015

The Honorable Rudolph T. Randa
U.S. District Court
517 East Wisconsin Avenue
Room 310
Milwaukee, WI  53202

Re:  WRR Environmental Services, Inc. v. Admiral Insurance Company, U.S. Dist. Ct., E.D. Wisconsin Case No. 10-C-843

Dear Judge Randa

The parties have reached a settlement in the above-referenced matter and anticipate dismissing the case shortly.  I therefore ask that the Court remove any pending deadlines on the docket for the above-referenced matter.  Thank you.

Respectfully submitted,

**MICHAEL BEST & FRIEDRICH LLP**


*s/Patricia L. Jenness*

PLJ:kjb

cc:     All parties of record through ECF

094296-0012\17522346.1