UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

WRR ENVIRONMENTAL SERVICES, INC.,

        Plaintiff,

Case No. 10-C-843

v.

ADMIRAL INSURANCE COMPANY,

        Defendant.

---

## ORDER FOR DISMISSAL WITH PREJUDICE

Based upon the *Stipulation For Dismissal With Prejudice* dated October 30, 2015;

NOW, THEREFORE,

IT IS ORDERED that all claims and counterclaims in the above captioned action shall be, and hereby are, dismissed with prejudice, without costs to either party.

IT IS SO ORDERED at Milwaukee, Wisconsin, this 9th day of November, 2015.

        BY THE COURT:

        _____
        Hon. Rudolph T. Randa
        United States District Judge